RUBY JEWEL TROTTER, ET VIR V. ELBERT WELLINGTON POLLAN, ET UX

No. A-6805. Decided June 4, 1958.
(313 S.W. 2d Series 603)

Earl E. Parker, of Dallas, for petitioners.

Piranio & Davis, of Dallas, for respondents.

Application refused, no reversible error.

PER CURIAM:

The application for writ of error is refused, No Reversible

Error. No application for writ of error was filed by Mr. and Mrs. Pollan, and our order should not be taken as indicating either approval or disapproval of the holding of the Court of Civil Appeals as to the validity of the adoption decree. 311 S.W. 2d 723.

Opinion delivered June 4, 1958.